ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant,*
*Tropicana Las Vegas, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JERALD MILLER, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS RESORT & CASINO, a Nevada Corporation; DOES 1 through 25, inclusive, and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.:2:17-cv-00318-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S THIRD, FOURTH, AND SIXTH CAUSES OF ACTION IN THE FIRST AMENDED COMPLAINT**<br><br>(*First Request*) |

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Rule LR IA 6-2, Defendant Tropicana Las Vegas, Inc. ("Defendant") and Plaintiff Jerald Miller ("Plaintiff") by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1. The Third Cause of Action for Respondeat Superior in Plaintiff's First Amended Complaint (ECF No. 2) is dismissed with prejudice;

2. The Fourth Cause of Action for Negligent Hiring, Supervision, and/or Training of Employees in Plaintiff's First Amended Complaint (ECF No. 2) is dismissed with prejudice;

3. The Sixth Cause of Action for Intentional Infliction of Emotional Distress in Plaintiff's First Amended Complaint (ECF No. 2) is dismissed with prejudice; and

4. Defendant hereby withdraws its Motion for Partial Dismissal of Plaintiff's Third, Fourth, and Sixth Causes of Action (ECF No. 8) as it is now moot.

5. Defendant will file an Answer to Plaintiff's First Amended Complaint within 21 days of the Court granting this Order.

DATED this 17th day of March, 2017.

Kang & Associates, PLLC

/s/ Patrick W. Kang
Patrick W. Kang
6480 W. Spring Mountain Road, Suite 1
Las Vegas, NV 89146

*Attorneys for Plaintiff Jerald Miller*

DATED this 17th day of March, 2017.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ Dana B. Salmonson
Anthony L. Martin
Dana B. Salmonson
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, Nevada 89169

*Attorneys for Defendant Tropicana Las Vegas, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED: March 20, 2017

_____
UNITED STATES DISTRICT JUDGE

2