1  ANTHONY L. MARTIN
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   DANA B. SALMONSON
3  Nevada Bar No. 11180
   dana.salmonson@ogletreedeakins.com
4  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendant,*
   *Tropicana Las Vegas, Inc.*
10

11              UNITED STATES DISTRICT COURT

12              FOR THE DISTRICT OF NEVADA

13  JERALD MILLER, an Individual            Case No.: 2:17-cv-00318-APG-CWH

14              Plaintiff,
                                            **STIPULATION AND ORDER TO**
15  vs.                                     **AMEND CAPTION TO REFLECT**
                                            **PROPER NAME OF DEFENDANT**
16  TROPICANA LAS VEGAS RESORT &            **TROPICANA LAS VEGAS, INC.**
    CASINO,  a Nevada Corporation; DOES 1
17  through 25, inclusive, and ROE          ***(First Request)***
    CORPORATIONS 1 through 25, inclusive,
18
19              Defendants.

20
          In accordance with Local Rule LR IA 6-2, Defendant Tropicana Las Vegas, Inc.
21
    ("Defendant") and Plaintiff Jerald Miller ("Plaintiff") by and through their respective undersigned
22
    counsel of record, hereby stipulate and agree to amend the caption in the above-referenced matter
23
    to reflect the proper name of the Defendant to Tropicana Las Vegas, Inc.
24
    ///
25
    ///
26
    ///
27
    ///
28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

1    All future pleadings will therefore reflect Defendant Tropicana Las Vegas, Inc. in place of

2  Tropicana Las Vegas Resort & Casino.

3  DATED this 17th day of March, 2017.          DATED this 17th day of March, 2017.

4
5  Kang & Associates, PLLC                      Ogletree, Deakins, Nash, Smoak &
                                                Stewart, P.C.

6  /s/ Patrick W. Kang                          /s/ Dana B. Salmonson

7  Patrick W. Kang                              Anthony L. Martin
   6480 W. Spring Mountain Road, Suite 1        Dana B. Salmonson
8  Las Vegas, NV 89146                          3800 Howard Hughes Parkway
                                                Suite 1500
9  *Attorneys for Plaintiff Jerald Miller*      Las Vegas, Nevada  89169

10
                                                *Attorneys for Defendant Tropicana*
11                                              *Las Vegas, Inc.*

12                                    **ORDER**

13
   **IT IS SO ORDERED.**
14
   **DATED:**____March 20, 2017_____
15

16

17                                    _____

18                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SUITE 1500, WELLS FARGO TOWER
3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800