1  ANTHONY L. MARTIN
Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
3  Nevada Bar No. 11180
4  dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
Suite 1500
6  3800 Howard Hughes Parkway
7  Las Vegas, NV  89169
Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendant,*
*Tropicana Las Vegas, Inc.*
10

11                    UNITED STATES DISTRICT COURT

12                    FOR THE DISTRICT OF NEVADA

13  JERALD MILLER, an Individual            Case No.:2:17-cv-00318-APG-CWH

14              Plaintiff,

15  vs.                                     **STIPULATION AND ORDER TO
                                            EXEMPT TROPICANA LAS VEGAS,
16  TROPICANA LAS VEGAS RESORT &            INC.'S INSURANCE CARRIER FROM
    CASINO,  a Nevada Corporation; DOES 1   APPEARING AT THE EARLY
17  through 25, inclusive, and ROE          NEUTRAL EVALUATION**
    CORPORATIONS 1 through 25, inclusive,
18                                          *(First Request)*
              Defendants.
19

20

21         Defendant Tropicana Las Vegas, Inc. ("Defendant") and Plaintiff Jerald Miller ("Plaintiff")

22  by and through their respective undersigned counsel of record, hereby stipulate and agree that

23  Defendant's insurance carrier does not need to attend the Early Neutral Evaluation ("ENE"), which

24  is currently set for June 5, 2017 at 10:00 a.m. (ECF No. 12.)

25         On March 14, 2017, Defendant filed its Request for Exemption that its insurance carrier be

26  exempt from attendance at the ENE.  (ECF No. 13.)  On March 15, 2017, the Court issued a

27  Minute Order in Chambers that Plaintiff had up to and including March 22, 2017 to file a response.

28  (ECF No. 14.)  That same day, Patrick Kang, counsel for Plaintiff, contacted Dana Salmonson,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

counsel for Defendant, and indicated that he did not object to Defendant's Request for Exemption and he would stipulate to the same.

Accordingly, the parties are respectfully requesting that the insurance carrier be exempt from appearing at the June 5, 2017 ENE.

DATED this 17th day of March, 2017.

Kang & Associates, PLLC

/s/ Patrick W. Kang
Patrick W. Kang
6480 W. Spring Mountain Road, Suite 1
Las Vegas, NV 89146

*Attorneys for Plaintiff Jerald Miller*

DATED this 17th day of March, 2017.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ Dana B. Salmonson
Anthony L. Martin
Dana B. Salmonson
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, Nevada 89169

*Attorneys for Defendant Tropicana
Las Vegas, Inc.*

## ORDER

IT IS SO ORDERED.

DATED: 3-20-2017 _____

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that Defendant Tropicana Las Vegas, Inc.'s Request for Exemption for Insurance Carrier to Attend Early Neutral Evaluation Session (ECF no. 13) is DENIED as MOOT.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

2