# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JERALD MILLER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS, INC., *et al.*,<br><br>　　　　　　Defendants. | 2:17-cv-00318-APG-CWH<br><br>**ORDER** |

On June 5, 2017, the Court held an Early Neutral Evaluation Conference. After conferring with the parties, the ENE was continued to July 5, 2017. (ECF No. 25). On June 26, 2017, the parties filed a Joint Notice of Resolution. (ECF No. 26).

To date, a proposed stipulation and order for dismissal has not been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 PM, September 7, 2017, in Courtroom 3D. The status hearing will be vacated if a proposed stipulation and order for dismissal is filed.

DATED this 22nd day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE