ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant,
Tropicana Las Vegas, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JERALD MILLER, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>TROPICANA LAS VEGAS, INC., a Nevada Corporation; DOES 1 through 25, inclusive, and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00318-APG-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Defendant Tropicana Las Vegas, Inc. ("Defendant" or "Tropicana") and Plaintiff Jerald Miller ("Plaintiff") by and through their respective undersigned counsel, having reached an agreement to resolve all outstanding issues between them, hereby agree to dismiss all claims, with prejudice.

///

///

///

Each party will bear their respective attorneys' fees and costs.

DATED this 5th day of September, 2017.　　DATED this 5th day of September, 2017.

KANG & ASSOCIATES, PLLC　　OGLETREE, DEAKINS, NASH, SMOAK
　　　　　　　　　　　　　　　　& STEWART, P.C.

*/s/ Patrick W. Kang*　　　　　　　　　*/s/ Dana B. Salmonson*

Patrick W. Kang　　　　　　　　　　　Anthony L. Martin
6480 W. Spring Mountain Road, Suite 1　Nevada Bar No. 8177
Las Vegas, NV 89146　　　　　　　　　Dana B. Salmonson
　　　　　　　　　　　　　　　　　　Nevada Bar No. 11180
*Attorney for Plaintiff*　　　　　　　Suite 1500
　　　　　　　　　　　　　　　　　　3800 Howard Hughes Parkway
　　　　　　　　　　　　　　　　　　Las Vegas, NV 89169

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Tropicana*
　　　　　　　　　　　　　　　　　　*Las Vegas, Inc.*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: September 6, 2017.

2